IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN PETRONE,

    Plaintiff,

vs.                                    CIVIL ACTION NO.: CV206-063

JOSE VAZQUEZ, Warden, and
other unnamed personnel,

    Defendants.

## ORDER

Plaintiff has filed a pleading titled "Motion to Thank this Court for Its Fulsome Warnings Regarding the Likely Repercussions of Monetary Loss . . . For Attempting to Prevent the Indiscriminate and Thoughtless Actions of the Bureau of Prisons in Their Destruction of the Environment." The pleading is an elaboration of Plaintiff's petition for injunctive relief. To the extent this pleading is a motion it is **dismissed**. The complaint and this filing are subject to a frivolity review.

**SO ORDERED**, this 18th day of April, 2006.

                                                    JAMES E. GRAHAM
                                                  UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)